THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael S. Hodge,       
Appellant.
 
 
 

Appeal From Berkeley County
 R. Markley Dennis, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-359
Submitted March 26, 2003 - Filed May 
 21, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph 
 L. Savitz, III, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Solicitor Ralph E. Hoisington, of N. Charleston; for Respondent.
 
 
 

PER CURIAM: Michael S. Hodge was indicted 
 for murder, first degree arson and two counts of conspiracy.  Hodge pled guilty 
 to all charges and was sentenced to life without parole on the murder charge, 
 thirty years on the arson charge, and five years each on the conspiracy charges.  
 All sentences were to run concurrently.   
Counsel for Hodge attached a petition to be relieved 
 to the final brief stating he had reviewed the record and found the appeal to 
 be without merit. After a review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Hodges appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.